**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SNAP DEVELOPERS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| ELIMELECH G. TABAK, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, Elimelech G. Tabak, by their counsel and pursuant to 28 U.S.C. § 1441, 1446, submits this Notice of Removal of this action from the Supreme Court of the State of New York, County of Kings, to this Honorable Court. In support of its Notice of Removal, Defendant states as follows:

1. Notice of removal of this cause has been filed within thirty (30) days of the receipt by the removing Defendant of a copy of the initial pleading (Complaint), a copy of which is attached hereto as **Exhibit A**, setting forth Plaintiff's claims for relief. The Plaintiff's Complaint sounds in claims for breach of contract, fraud, and unjust enrichment and seeks the sum or amount of $5,240,000.00 in damages plus costs.

2. Defendant Elimelech G. Tabak was not served prior to February 13, 2025. At all times material to this Notice of Remand, Plaintiff, Snap Developers LLC, was and still is a domestic limited liability company organized and existing under the laws of the State of New York, and has had and still has its principal place of business located within the County of Kings, State of New York, having an address of 1727 53rd Street, Brooklyn, New York 11204. Upon information and belief, each of the members of Snap Developers LLC are citizens of the State of New York. Upon information and belief, the members of Snap Developers LLC are Shabsi

Pfeiffer, and/or Dina Krausz, and/or Abraham Pinchus Wieder, each of whom resides in the County of Kings, and City and State of New York and who are citizens of the State of New York.

3. At all times material to this Notice of Remand, Defendant Elimelech G. Tabak is the sole Defendant and was and still is a citizen and resident of the State of New Jersey.

4. The Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332 because the alleged matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States. The Plaintiff's Complaint avers that "SNAP demands damages of $5,240,000.00 on its first cause of action from TABAK."

5. By reason of the foregoing, it is respectfully submitted that this cause is properly removable under authority of 28 U.S.C. § 1441, 1446.

6. Removing Defendant is contemporaneously serving a copy of this Notice of Removal upon Plaintiff as well as the Clerk of the Supreme Court of the State of New York, County of Kings.

7. Please therefore be advised that this case has been removed to the United States District Court for the Eastern District of New York in accordance with law.

Respectfully Submitted,

Elimelech G. Tabak,

By: /s/ Jeffrey Fleischmann

Jeffrey Fleischmann, Esq.
Fleischmann PLLC
150 Broadway, Suite 701
New York, New York 10038
Tel. (646) 657-9623
Fax (646) 351-0694

## **CERTIFICATE OF SERVICE**

      Jeffrey Fleischmann, an attorney duly authorized to practice law in the United States District Court for the Eastern District of New York, certifies that on March 4, 2025, he filed the foregoing Notice of Removal with the Court's CM/ECF system for service upon any and all attorneys who have filed their appearance.

                                          /s/ Jeffrey Fleischmann