**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

Snap Developers LLC,

               Plaintiff,

- against -

Elimelech G. Tabak,

               Defendant.

------------------------------------------------------------X

**RECEIVED IN THE PRO SE OFFICE**
**APRIL 02, 2025**
**VIA ELECTRONIC PORTAL**
*rec. in p drive 4/3/25 rg
Case No: 25-cv-01221-JRC

### Pro Se Cover Sheet for Submission of Letter Motion

To the Honorable Court,

1. My name is Samuel Pfeiffer, also known as Shabsi Pfeiffer (member of Plaintiff LLC). I am not attempting to represent Snap Developers LLC in a legal capacity, as the LLC is required to appear through counsel in this Court. Rather, I am facilitating the submission of the enclosed letter motion-authored by attorney Lawrence R. Kulak, Esq.-to ensure it is properly transmitted to the Court, since Mr. Kulak lacks federal e-filing privileges and the LLC cannot file documents pro se.

2. Attached are two additional pages comprising a letter motion by Lawrence R. Kulak, Esq. requesting (a) to be relieved as counsel, and (b) that the Court grant the Plaintiff an adjournment of time to retain new counsel.

3. I understand that all future filings must be made by an attorney admitted to practice before this Court.

4. I respectfully request that the Court accept the enclosed letter motion into the case record and grant any further relief it deems appropriate.

Respectfully submitted,

_____

Samuel Pfeiffer a/k/a Shabsi Pfeiffer

April 2, 2025

Phone: 212-395-9595

Email: info@shabsipfeiffer.ceo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SNAP DEVELOPERS LLC,

                              Plaintiff,


                - against -


ELIMELECH G. TABAK,

                              Defendant.


                                        Case No:

                                        25-cv-01221-JRC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


                                        April 1st, 2025


            LETTER MOTION TO BE RELIEVED AS COUNSEL
                        (IF NEEDED) AND
        TO GRANT AN ADJOURNMENT OF TIME FOR THE PLAINTIFF
                    TO RETAIN NEW COUNSEL


        Dear Judge,


        On or about Jan. 15th, 2025, I was retained by the Plaintiff SNAP DEVELOPERS
LLC, and filed this instant action in NY State Court, County of Kings (Index#
501635/2025).

        I just recently became aware of the fact that the case was "remanded" to the
Federal Court system instead.

        This was done solely by the Defendant against the will of the Plaintiff.

When I was retained, my agreement with the client was that my representation would be for State Court and not even extend to the State Appellate Division.

I believe I am within my right to refuse being counsel in Federal Court. However, if I am obligated to be transferred to Federal Court as an attorney, I ask that the Court please relieve me as counsel.

This is because I never intended to represent the client here in Federal Court, because I lack the knowledge and ability to handle a Federal Rules case at this time and won't be able to provide proper representation for my client. I also lack any "uploading privileges" for the PACER system.

In addition, The Plaintiff is a closely owned family LLC. Mr. Shabsi Pfeiffer, a member of the LLC, has recently filed Bankruptcy in the Eastern District of NY as of March 6th, 2025 under case # 1-25-41111-NHL.

I am unfamiliar with what complications the Bankruptcy may have for this case.

Finally, since the case was remanded a mere three weeks ago unilaterally by the Defendant, and since it is a simple case for money damages, (no Lis Pendens or other cloud being involved), the Defendant would not be prejudiced by a granting of time for the Plaintiff to acquire new counsel.

Therefore, in the interests of Justice, I ask that the Court relieve me from being counsel, and grant Plaintiff an additional 30 days to find new counsel.

I thank the Court for its consideration in this matter.

Dated: Brooklyn, NY
April 1st, 2025

x___*/s/ Lawrence R. Kulak/s/*___
Lawrence R. Kulak Esq.
443 E. 5th St. 1st Floor
Brooklyn, NY 11218
(718) 755-0032